**Rudy Ronaldo MARTINEZ-DIAZ Petitioner**

v.

**Loretta E. LYNCH, Attorney General of the United States Respondent**

No. 16-1349

United States Court of Appeals, Eighth Circuit.

Submitted: December 22, 2016

Filed: December 28, 2016

Daniel Scott Reeker, Kendall Law Office, Omaha, NE, for Petitioner

Karen Yolanda Drummond, Carl H. McIntyre, Imran Raza Zaidi, Trial Attorney, U.S. Department of Justice, Civil Di-

vision, Office of Immigration Litigation, Washington, DC, for Respondent

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Guatemalan citizen Rudy Ronaldo Martinez-Diaz petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge (IJ) denying him withholding of removal.[1] After careful consideration, we conclude that substantial evidence supports the decision. See De Castro–Gutierrez v. Holder, 713 F.3d 375, 379–82 (8th Cir. 2013). The petition for review is denied. See 8th Cir. R. 47B.

---

1. The IJ also denied asylum and protection under the Convention Against Torture, but those rulings are not before this court. See Chay–Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004).